UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-360-1H
No. 5:15-CR-360-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO SEAL |
| | ) | |
| JONATHAN JOYNER | ) | |
| DARIUS HERRING | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 36 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 30th day of March 2016.

Malcom J. Howard
SENIOR UNITED STATES DISTRICT JUDGE

1