UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00360-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
| v. | |
| JONATHAN JOYNER | |

On motion of the Defendant, Jonathan Joyner, and for good cause shown, it is hereby ORDERED that [DE 56] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 12th day of September 2016.

MALCOLM J. HOWARD
Senior United States District Judge