IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:15-CR-360-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JONATHAN JOYNER | : |

### ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Information in the above action, the United States sought forfeiture of property of the defendant, JONATHAN JOYNER, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as proceeds of the unlawful activity of the defendant as charged in the Criminal Information.

The defendant pled guilty to Counts One, Two and Three of the Criminal Information and entered into a Consent to Forfeiture and agreed to forfeit the property listed in the Criminal Information.

By virtue of the defendant's guilty plea and agreement and the Consent to Forfeiture, the United States is now entitled to the defendant's interest in $14,697.29 in United States currency, pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendant's guilty plea and agreement, the above-listed $14,697.29 in United States currency is forfeited to the United States for disposition in accordance with law; and

2. Any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of the Treasury, as soon as located or recovered, into the United States Department of Justice's Assets Forfeiture Fund or the United States Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant, but not in the possession of or its whereabouts known to the Government, the JUDGMENT is hereby entered against the defendant for the amount forfeitable, specifically, $14,697.29 in United States currency.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 14th day of September, 2016.

MALCOLM J. HOWARD
Senior United States District Judge