UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonathan Joyner**  **Docket No. 5:15-CR-360-1D**

## Petition for Action on Supervised Release

COMES NOW Kalli K. Vargo, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Joyner, who, upon an earlier plea of guilty to Conspiracy to Commit Hobbs Act Robbery 18 U.S.C. § 1951; Interference With Commerce by Robbery and Aiding and Abetting, 18 U.S.C. §§ 1951 and 2; and Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, 18 U.S.C. §§ 924(c), 924(c)(1)(A)(ii) and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 14, 2016, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jonathan Joyner was released from custody on June 15, 2021, at which time the term of supervised release commenced.

On July 22, 2022, this case was reassigned to U.S. District Judge James C. Dever III.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Due to concerns related to post traumatic stress disorder from an extensive period of imprisonment, the defendant has requested to speak with a mental health provider. Therefore, a mental health condition is recommended. The defendant has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kalli K. Vargo
Kalli K. Vargo
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8663
Executed On: July 22, 2022

Jonathan Joyner
Docket No. 5:15-CR-360-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __26__ day of __July__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge